1 MICHELE BECKWITH
Acting United States Attorney
2 CODY S. CHAPPLE
Assistant United States Attorney
3 2500 Tulare Street, Suite 4401
Fresno, CA 93721
4 Telephone: (559) 497-4000
Facsimile: (559) 497-4099
5

6 Attorneys for Plaintiff
United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | CASE NO. 1:25-MJ-00017-BAM
12 |                  Plaintiff, | **STIPULATION FOR EXTENSION OF TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUSION OF TIME; AND ORDER**
13 |         v. |
14 | ADY PEREZ, |
15 |                  Defendant. | DATE: March 18, 2025
                                    TIME: 2:00 p.m.
16

17    Plaintiff United States of America, by and through its attorney of record, Assistant United States

18 Attorney CODY S. CHAPPLE, and defendant Ady Perez, both individually and by and through his

19 counsel of record, Eric Hans Schweitzer, hereby stipulate as follows:

20    1.   The Complaint in this case was filed on February 28, 2025, under seal and defendant first

21 appeared before a judicial officer of the Court in which the charges in this case were pending on March 4,

22 2025. The court set a preliminary hearing date of March 18, 2025.

23    2.   By this stipulation, the parties jointly move for an extension of time of the preliminary

24 hearing date to April 1, 2025, at 2:00 p.m., pursuant to Rule 5.1(d) of the Federal Rules of Criminal

25 Procedure. The parties stipulate that the delay is required to allow the defense reasonable time for

26 preparation, to fully consider a pre-trial resolution of the case, and for the government's continuing

27 investigation of the case. The parties further agree that the interests of justice served by granting this

28 continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §

1  3161(h)(7)(A).

2      3.    The parties agree that good cause exists for the extension of time, and that the extension of
3  time would not adversely affect the public interest in the prompt disposition of criminal cases. Therefore,
4  the parties request that the time between March 18, 2025, and April 1, 2025, be excluded pursuant to Fed.
5  R. Crim. P. 5.1 and18 U.S.C. § 3161(h)(7)(B)(iv).

6      IT IS SO STIPULATED.

Dated:  March 10, 2025                      MICHELE BECKWITH
                                                          Acting United States Attorney

                                                           /s/ CODY S. CHAPPLE
                                                           CODY S. CHAPPLE
                                                           Assistant United States Attorney

Dated:  March 10, 2025                      /s/ ERIC HANS SCHWEITZER
                                                          ERIC HANS SCHWEITZER
                                                          Counsel for Defendant
                                                          ADY PEREZ

**ORDER**

The Court has read and considered the parties' stipulation to continue the preliminary hearing and exclude time. The Court finds there is good cause for the continuance so as to allow the defendant reasonable time for preparation, fully consider a pre-trial resolution of the case, and for the government's continuing investigation of the case. The Court also finds that the interests of justice served by granting the continuance outweigh the interests of the public and the defendant in a speedy trial.

Therefore, for good cause shown:

1. The preliminary hearing set on March 18, 2025, is continued to **April 1, 2025, at 2:00 p.m. before Magistrate Judge Sheila K. Oberto.**

2. The period from March 18, 2025, through April 1, 2025, shall be excluded pursuant to Fed. R. Crim. P. 5.1; 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated:    **March 11, 2025**                    /s/ Barbara A. McAuliffe
                                                 UNITED STATES MAGISTRATE JUDGE